UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAITH FATHI SIKTA, | No. 2:21-cv-0238-EFB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. The operative complaint is nearly identical to a complaint used to commence a separate action. *See Sitka v. County of Sacramento*, No. 2:21-cv-0236-DMC (E.D. Cal.). The only difference is that the complaint filed in this action appears to include a page missing from the original complaint. *See* ECF No. 1 at 2. This action is therefore redundant.

Accordingly, IT IS ORDERED that the Clerk is directed to file the instant complaint (ECF No. 1) in the case of *Sitka v. County of Sacramento*, No. 2:21-cv-0236-DMC (E.D. Cal.) as an amended complaint, along with plaintiff's in forma pauperis application (ECF No. 2). The Clerk is also directed to CLOSE case number 2:21-cv-0238-EFB P.

DATED: February 18, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE